**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : AmeriCredit Financial Services, Inc. dba GM Financial
Our File No.: 43359
JM-5630

In Re:

Norberto Nunez
Kennia I. Nunez

Order Filed on January 3, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 16-25829 |
| Hearing Date: | 1-3-2017 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 3, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of ___AmeriCredit Financial Services, Inc. dba GM Financial___, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏ Real property more fully described as:

☑ Personal property more fully described as:

> 2007 Chevrolet Tahoe
> Vehicle Identification Number
> 1GNFK13087R201423

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Norberto Nunez  
Kennia I Nunez  
    Debtors

Case No. 16-25829-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jan 04, 2017  
                              Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.  
db/jdb          +Norberto Nunez,    Kennia I Nunez,    206 Doughty Road,    Pleasantville, NJ 08232-3428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francis P. Cullari     on behalf of Joint Debtor Kennia I Nunez cullari@comcast.net  
         Francis P. Cullari     on behalf of Debtor Norberto Nunez cullari@comcast.net  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John R. Morton, Jr.     on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
                                                                                                                     TOTAL: 6