UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for the Secured Creditor
Lakeview Loan Servicing, LLC

In re:
Norberto Nunez
Kennia I. Nunez

                    Debtors

Case No:    16-25829 JNP

Chapter: 13

Hearing Date:

Judge:  Jerrold N. Poslusny Jr

**Order Filed on November 20, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

---

Recommended Local Form:    ☐  Followed        ☐  Modified

---

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: November 20, 2017

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  Lakeview Loan Servicing, LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

   **Land and premises commonly known as 206 Doughty Rd, City Of Pleasantville NJ 08232**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.