Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−25829−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Norberto Nunez
 206 Doughty Road
 Pleasantville, NJ 08232

 Kennia I Nunez
 206 Doughty Road
 Pleasantville, NJ 08232

Social Security No.:
 xxx−xx−6379

 xxx−xx−2343

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
  Debtor and Joint Debtor was entered on January 12, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 12, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Norberto Nunez
Kennia I Nunez
    Debtors

Case No. 16-25829-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2   Date Rcvd: Jan 12, 2018
                    Form ID: 148   Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
```
db/jdb         +Norberto Nunez,    Kennia I Nunez,    206 Doughty Road,    Pleasantville, NJ 08232-3428
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
516368228      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516365136      +AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
                 Arlington, TX 76096-3853
516425561      +Capital One Auto Finance,    c/o AIS Portfolio Services, LP,
                 fka AIS Data Services dba Ascension Capi,    4515 N Santa Fe Avenue, Dept. APS,
                 Oklahoma City, OK 73118-7901
516345144      +City of Pleasantville,    Attn.: Tax Collector,    18 N. First Street,
                 Pleasantville, NJ 08232-2647
516345148       M&T Bank,    PO Box 1288,    Buffalo, NY 14221
516345149      +Mariner Finance,    PO Box 44850,    Nottingham, MD 21236-6850
516589496      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
516364680      +U.S. Dept of Housing & Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 22:43:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 22:43:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516345138      +E-mail/Text: mary.stewart@abcofcu.org Jan 12 2018 22:43:58      Abco Federal Cr Union,
                 Po Box 247,    Rancocas, NJ 08073-0247
516345140      +EDI: PHINAMERI.COM Jan 12 2018 22:38:00      AmeriCredit/GM Financial,    Po Box 183583,
                 Arlington, TX 76096-3583
516359133       EDI: AIS.COM Jan 12 2018 22:38:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
516585013       EDI: RESURGENT.COM Jan 12 2018 22:38:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516345141      +EDI: CAPITALONE.COM Jan 12 2018 22:38:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516354146      +EDI: AISACG.COM Jan 12 2018 22:38:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516345143      +EDI: CAPONEAUTO.COM Jan 12 2018 22:38:00      Capital One Auto Finance,    7933 Preston Road,
                 Plano, TX 75024-2302
516385141       EDI: CAPITALONE.COM Jan 12 2018 22:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516582369      +EDI: BASSASSOC.COM Jan 12 2018 22:38:00      Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516345145      +EDI: WFNNB.COM Jan 12 2018 22:38:00      Comenity Bank/Victoria Secret,    PO Box 182125,
                 Columbus, OH 43218-2125
516345146      +EDI: DCI.COM Jan 12 2018 22:38:00      Diversified Consultant,    PO Box 551268,
                 Jacksonville, FL 32255-1268
516345147      +EDI: IIC9.COM Jan 12 2018 22:38:00      IC Systems, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
516385967       E-mail/Text: camanagement@mtb.com Jan 12 2018 22:43:34      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516393113      +EDI: MID8.COM Jan 12 2018 22:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516354299       EDI: Q3G.COM Jan 12 2018 22:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516345150      +EDI: RMSC.COM Jan 12 2018 22:38:00      Synchrony Bank/WalMart,    PO Box 103104,
                 Roswell, GA 30076-9104
                                                                                              TOTAL: 18
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516345139*     +Abco Federal Cr Union,    Po Box 247,    Rancocas, NJ 08073-0247
516345142*     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jan 12, 2018
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis P. Cullari    on behalf of Joint Debtor Kennia I Nunez cullari@comcast.net
              Francis P. Cullari    on behalf of Debtor Norberto  Nunez cullari@comcast.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```